UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOUGLAS JONES,

    Plaintiff,

v.                                          Civil No. 2:12-CV-12420

TOM FINCO, et. al.,

    Defendants,
_____/

**ORDER OF SUMMARY DISMISSAL**

Plaintiff John Douglas Jones is an inmate currently confined at the Gus Harrison Correctional Facility in Adrian, Michigan. On June 11, 2012, Magistrate Judge R. Steven Whalen signed an order directing Plaintiff to provide the court with sufficient information to effectuate service upon the nine defendants. On June 22, 2012, the order was returned to the clerk's office as undeliverable. The clerk's office discovered that the wrong prisoner identification number had been placed on the original order. The order was re-sent to Plaintiff on June 22, 2012, with the corrected prisoner identification number. Plaintiff was given thirty days to respond to the order. Plaintiff, however, failed to provide a sufficient number of copies of the complaint in order to effectuate service upon the nine defendants.

An inmate bringing a civil rights complaint must specifically identify each defendant against whom relief is sought, and must give each defendant notice of the action by serving upon him or her a summons and copy of the complaint. *Feliciano v. DuBois,* 846 F. Supp. 1033, 1048 (D. Mass. 1994). Where a plaintiff is proceeding *in*

*forma pauperis,* the district court must bear the responsibility for issuing the plaintiff's process to a United States Marshal's Office, who must effect service upon the defendants once the plaintiff has properly identified the defendants in the complaint. *Williams v. McLemore,* 10 F. App'x. 241, 243 (6th Cir. 2001); *Byrd v. Stone,* 94 F. 3d 217, 219 (6th Cir. 1996); Fed. R. Civ. P. 4(c)(2); 28 U.S.C. § 1915(d).

The court will dismiss the complaint for want of prosecution, because of Plaintiff's failure to comply with Magistrate Judge Whalen's order by failing to provide the requested copies needed to effect service upon the defendants.  *See Erby v. Kula,* 113 F. App'x. 74, 75-6 (6th Cir. 2004); *Davis v. United States,* 73 F. App'x. 804, 805 (6th Cir. 2003).

IT IS HEREBY ORDERED that Plaintiff's June 5, 2012 is DISMISSED WITHOUT PREJUDICE.

 S/Robert H. Cleland  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE

Dated:  October 31, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 31, 2012, by electronic and/or ordinary mail.

 S/Lisa Wagner  
Case Manager and Deputy Clerk  
(313) 234-5522